IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States of America,                    :

      Plaintiff,                                :

      v.                                        :   Civil No. S-02-1044

Touissaint Smith ,                           :

      Defendant,                                :

Baltimore City Public School                 :
  System
200 East North Avenue                        :
Baltimore, MD 21202

      Garnishee.                                :

.....oOo.....

Mr. Clerk:

Plaintiff, United States of America, hereby withdraws its request for a Writ of Attachment

on Wages and for cause therefore states:

Defendant satisfied the debt which is the subject of this action.

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney

By: _____
Thomas P. Corcoran
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
(410) 209-4800
(Trial Bar No. 24894)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____27th_____ day of December,

2004, a copy of the foregoing was mailed, postage prepaid, to:


Baltimore City Public School System
200 East North Avenue
Baltimore, MD 21202
Attn: Michael Toney
            Payroll Division



Thomas F. Corcoran
Assistant United States Attorney