IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,               :

     PLAINTIFF,                          :

     v.                                  :   Court No.  02-1044

TOUISSAINT SMITH                        :

     DEFENDANT                           :

. . . . . oOo . . . . .

## ORDER OF SATISFACTION

Clerk:

    Please enter the judgment in the above-entitled action, to include principal, interest and

costs, as PAID, SETTLED, and SATISFIED to defendant.

                     Respectfully submitted,

                     Thomas M. DiBiagio
                     United States Attorney

          By: _____
                     Thomas F. Corcoran
                     Assistant United States Attorney
                     6625 U.S. Courthouse
                     101 W. Lombard Street
                     Baltimore, Maryland 21201-2692
                     Trial Bar No. 24894
                     (410) 209-4811

CERTIFICATE OF SERVICE

IT IS HEREBY Certify that on this _27 th_ day of _December_ 2004, a

copy of the Order of Satisfaction was sent, first class mail, postage prepaid to:

Touissaint Smith
5002 Loch Raven Blvd.
Baltimore, MD 21239

Thomas F. Corcoran
Assistant United States Attorney